UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SCHUETTE,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIA RICHARDS, et al.,<br><br>    Defendants. | Case No. 21-cv-06015-JD<br><br>**ORDER OF DISMISSAL** |

    Plaintiff, a former state court pretrial detainee proceeding pro se, filed a civil rights action. Court mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable because plaintiff is no longer in custody. Plaintiff has not provided a current mailing address.

    More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

    **IT IS SO ORDERED.**

Dated: April 22, 2022

_____
JAMES DONATO
United States District Judge